PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Kim Chavez    Docket No.    2:12CR06005-004

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report regarding the defendant Kim Chavez, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 19th day of January 2012 under the following condition:

Defendant shall undergo a substance abuse evaluation, but the conditions did not include: Prohibited Substance Testing, number (28), as noted on the order setting conditions of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

This officer, along with Ms. Chavez, requests the Court modify the order setting conditions of release to include number (28), allowing substance abuse testing, up to six times per month to confirm continued abstinence.

PRAYING THAT THE COURT ~~WILL ORDER A WARRANT~~  *cc USM*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/07/2012

by    s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] Other : Substance abuse testing

Signature of Judicial Officer

03-07-2012

Date